IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD L. SYDNOR | : | |
| Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 18-2631 |
| MARK A. ROBBINS, *Vice Chairman*; and, | | |
| UNITED STATES MERIT SYSTEM | : | |
| PROTECTION BOARD ("BOARD"), | | |
| *in their official member capacity, as well as* | | |
| *their predecessors, successors or assigns* | : | |
| Defendants. | | |

**ORDER**

AND NOW, this 17th day of October, 2018, it is hereby ORDERED that Plaintiff's Motion for Extension of Time to Respond to the Board Members' Motion to Dismiss (ECF No. 10), is DENIED as moot by reason of the Response filed by Plaintiff on October 9, 2018 (ECF No. 8).

It is further ORDERED that to the extent Plaintiff's Response includes a "Motion" for this Court to proceed with his claims (ECF No. 8), said Motion is DENIED, pending this Court's review of Defendants' Motion to Dismiss.

BY THE COURT:

/s/  C. Darnell Jones, II   J.